IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                         1:09-CV-57-SPM/AK

CLARKE D. DAVIS, et al.,

    Defendants.

_____/

## ORDER EXTENDING TIME FOR DISCOVERY

**THIS CAUSE** comes before the Court upon Plaintiff's Consented to Motion for Extension of Time to Complete Discovery (doc. 11), filed October 9, 2009. The Defendants do not oppose this motion.

The Court finds this request to be reasonable. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The motion (doc. 11) is *granted*.

2. The deadline for completion of discovery is December 4, 2009.

4. The Court shall enter a new scheduling order in accordance with the extended discovery deadline.

**DONE AND ORDERED** this fourteenth day of October, 2009.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        Chief United States District Judge