**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**UNITED STATES OF AMERICA,**

     **Plaintiff,**

**vs.**                                **CASE NO. 1:09CV57-SPM/AK**

**CLARKE D. DAVIS, et al,**

     **Defendants.**

_____/

**O R D E R**

Plaintiff has moved to compel initial disclosures and responses to interrogatories and requests for production of documents due on May 22, 2009, and served on October 22, 2009, respectively. (Doc. 13). Defendant has not responded to Plaintiff's motion to compel.

A complete failure to file timely objections to discovery requests constitutes a waiver of the objections, and Defendant must provide all requested documents which are within his possession, custody or control within the meaning of Fed. R. Civ. P. 34(a). Peat, Marwick, Mitchell & Co. v. West, 748 F.2d 540 (10 Cir. 1984), pet. for cert. dism. 469 U.S. 1199 (1985); Perry v. Golub, 74 F.R.D. 360, 363 (N.D. Ala. 1976). Further, Defendant's failure to respond timely to Plaintiff's interrogatories constitutes a waiver of any objections to those interrogatories, and he must answer them fully. Fed. R. Civ. P. R. 33(b)(4).

Accordingly, it is

**ORDERED:**

Plaintiff's Motion (doc. 13) is **GRANTED**, and Defendant shall provide initial disclosures and respond *without objection* to the interrogatories and requests for production of documents on or before **January 21, 2010.**

**DONE AND ORDERED** this 30th day of December, 2009.

s/ A Kornblum
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**No. 1:09cv57-SPM/AK**