IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            CASE NO.: 1:09cv57-SPM/GRJ

CLARKE D. DAVIS, individually,
CLARKE D. DAVIS, as Co-Successor
Trustee of the Mary E. Batson Inter-Vivos
Trust dated March 14, 1995, et al.,

    Defendants.

_____/

## ORDER

Plaintiff filed a motion for summary judgment. Doc. 18. Defendants have not filed any response. This order is entered to allow any defendant, who is proceeding *pro se*, an opportunity to submit additional materials if he so desires and to advise defendants of their burden in opposing summary judgment.

Summary judgment will be granted "if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(a). In opposing summary judgment, Defendants may not rely on the "mere allegation or denials" in the pleadings." <u>Anderson v. Liberty Lobby, Inc.</u>, 477 U.S. 242, 247-48 (1986). Evidentiary material acceptable

in opposition to the motion includes sworn affidavits, sworn documents, or other evidence indicating the existence of a genuine issue of material fact. See Fed. R. Civ. P. 56(c). Sworn affidavits offered in opposition to the motion "must be made on personal knowledge, set out facts that would be admissible in evidence, and show that the affiant or declarant is competent to testify on the matters stated." Fed. R. Civ. P. 56(c)(4).

Defendants are hereby notified that the Court will take Plaintiff's motion for summary judgment under advisement on August 22, 2011. The file will be referred to the undersigned judge on August 23, 2011. Defendants shall have up to and including August 22, 2011, to file affidavits or other material in opposition to the motion for summary judgment. Accordingly, it is

ORDERED AND ADJUDGED:

1. The Court will take Plaintiff's motion for summary judgment under advisement on August 22, 2011. Defendants must file any material in opposition to summary judgment on or before that date.

2. The Clerk of Court is directed to refer this matter the undersigned judge on August 23, 2011.

DONE AND ORDERED this 4th day of August, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge

CASE NO.: 1:09cv57-SPM/GRJ