IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO.: 1:09cv57-SPM/GRJ

CLARKE DAVIS et al.,

    Defendants.

_____/

**ORDER**

This Court previously issued an Order Confirming the Sale and Directing Distribution of Sale Proceeds (doc. 29). It is hereby ORDERED AND ADJUDGED, that the previous order is amended as follows:

1. The Clerk shall divide the accrued interest among the payees.

2. The Clerk shall also notice the change of address of James Batson which is 8219 S.W. 93rd Court, Trenton, Florida 32693.

SO ORDERED this 19th day of October, 2012.

                *S/ Stephan P. Mickle*
                Stephan P. Mickle
                Senior United States District Judge